# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE BASSILL,<br><br>       *Plaintiff*,<br><br>  v.<br><br>BRYN MAWR REHABILITATION HOSPITAL, et al.,<br><br>       *Defendants*. | CIVIL ACTION<br>NO. 16-01575 |

**PAPPERT, J.**                                                                 **OCTOBER 26, 2016**

## ORDER

      **AND NOW**, this 26th day of October, 2016, upon consideration of Defendants' Motion to Dismiss Plaintiff's Corporate Negligence Claim for Failure to File Certificates of Merit (ECF No. 15), it is hereby **ORDERED** that the Motion is **GRANTED** and the corporate negligence claim asserted in Count II of Plaintiff's complaint is **DISMISSED with prejudice**.

                                                           BY THE COURT:

                                                           ***/s/ Gerald J. Pappert***
                                                            GERALD J. PAPPERT, J.