IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE BASSILL, *Plaintiff,* v. MAIN LINE HOSPITALS, INC. d/b/a BRYN MAWR REHABILITATION HOSPITAL, *Defendant.* | CIVIL ACTION NO. 16-01575 |

## ORDER

**AND NOW**, this 11th day of January, 2018, after consideration of Defendant's motion for summary judgment, (ECF No. 41), it is hereby **ORDERED** that the Defendant's motion for summary judgment is **GRANTED**. Judgment is entered in favor of the Defendant. The Clerk of Court shall close this matter.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.